| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Peterson, Rosanna M. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>6/7/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>U.S. District Court for the Eastern District of WA<br>920 W. Riverside<br>Spokane WA 99210 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 6/7/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Washington State University--Teaching |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 6/7/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 6/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CNA whole life insurance | | None | J | T | | | | | |
| 2. U.S. Treasuries Securities | | None | | | Redeemed | 05/15/11 | J | A | |
| 3. U.S. Government Bonds | | None | | | Redeemed | 08/15/11 | J | A | |
| 4. Costco (Y) | | | | | | | | | |
| 5. Ford Motor Co (Y) | | | | | | | | | |
| 6. Allianz OCC Renaissance Fund (Y) | | | | | | | | | |
| 7. Dreyfus Worldwide Growth (Y) | | | | | | | | | |
| 8. Growth Fund of America (Y) | | | | | | | | | |
| 9. Investment Co. of America (Y) | | | | | | | | | |
| 10. John Hancock Lifestyle Growth (Y) | | | | | | | | | |
| 11. Washington Mutual Investors Fund (Y) | | | | | | | | | |
| 12. TIAA Traditional | | None | N | T | | | | | |
| 13. CREF Stock | | None | M | T | | | | | |
| 14. CREF Equity Index | | None | J | T | | | | | |
| 15. CREF Global Equities (Y) | | | | | | | | | |
| 16. T-C Social Choice Eq-Rtmt (Y) | | | | | | | | | |
| 17. T-C Intl Eq-Rtmt (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 6/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T-C Intl Eq Index-Rtmt | | None | J | T | | | | | |
| 19. T-C Large Cap Gr Index-Rtmt (Y) | | | | | | | | | |
| 20. T-C Large Cap Val-Rtmt | | None | J | T | | | | | |
| 21. T-C Mid-Cap Gr-Rtmt | | None | J | T | | | | | |
| 22. T-C Mid-Cap Val-Rtmt (Y) | | | | | | | | | |
| 23. T-C Sm-Cap Eq-Rtmt | | None | J | T | | | | | |
| 24. TIAA-CREF Equity Index Fund | | None | J | T | | | | | |
| 25. TIAA Real Estate | | None | K | T | | | | | |
| 26. CREF Bond Market | | None | L | T | | | | | |
| 27. CREF Inf'l Linked Bond | | None | L | T | | | | | |
| 28. CREF Money Market | | None | J | T | | | | | |
| 29. TIAA-CREF Money Market (Y) | | | | | | | | | |
| 30. TIAA-CREF Int'l Eq Idx-Inst | | None | K | T | | | | | |
| 31. TIAA-CREF Lg-Cap Gr Idx-Inst | | None | J | T | | | | | |
| 32. TIAA-CREF Lg-Cap Val-Prem | | None | K | T | | | | | |
| 33. TIAA-CREF Mid-Cap Gr-Prem | | None | K | T | | | | | |
| 34. TIAA-CREF Mid-Cap Val-Prem | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 6/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TIAA-CREF Social Ch Eq-Prem | | None | K | T | | | | | |
| 36. CREF Growth | | None | J | T | | | | | |
| 37. CREF Stock IRA Distribution (Y) | | | | | | | | | |
| 38. Alliance Bernstein Wealth Mgt (Y) | | | | | | | | | |
| 39. USAA Int'l Stocks/funds (Y) | | | | | | | | | |
| 40. USAA Large Cap stocks/funds (Y) | | | | | | | | | |
| 41. USAA Taxable bonds & CD (Y) | | | | | | | | | |
| 42. USAA Cash/Money Market | | None | J | T | | | | | |
| 43. CREF Social Choice (X) | | None | J | T | | | | | |
| 44. USAA Global Opportunities Portfolio (X) | | None | M | T | | | | | |
| 45. USAA Strategic Fund Adviser (X) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 6/7/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 2  The US Government Securities were redeemed
Section VII, line 3  The US Government Bonds were redeemed
Section VII, line 4  The Costco stock was transferred into a different asset
Section VII, line 5  The Ford stock was transferred into a different asset
Section VII, line 6  The Allianz OCC Renaissance Fund was transferred into a different asset
Section VII, line 7  The Dreyfus Worldwide Growth Fund was transferred into a different asset
Section VII, line 8  The Growth Fund of America was transferred into a different asset
Section VII, line 9  The Investment Co. of America was transferred into a different asset
Section VII, line 10 The John Hancock Lifestyle Growth Fund was transferred into a different asset
Section VII, line 11 The Washington Mutual Investors Fund was transferred into a different asset
Section VII, line 15 CREF Global Equities was transferred into a different asset
Section VII, line 16 T-C Social Choice Eq-Rtmt was transferred into a different asset
Section VII, line  17 T-C Intl Eq-Rtmt is less than $1000
Section VII, line  19 T-C Large Cap Gr Index-Rtmt was transferred into a different asset
Section VII, line  22 T-C Mid-Cap Val-Rtmt is less than $1000
Section VII, line  29 TIAA-CREF Money Market was transferred into a different asset
Section VII, line  37 CREF Stock IRA distribution was transferred into a different asset
Section VII, line  38 Alliance Bernstein Wealth Mgt was transferred into a different asset
Section VII, line  29 USAA Int'l Stocks/funds was transferred into a different asset
Section VII, line  40 USAA Large Cap stocks/funds was transferred into a different asset
Section VII, line  41 USAA Taxable bonds & CD was transferred into a different asset
Section VII, line  43 CREF Social Choice was transferred from a different asset
Section VII, line  44 USAA Global Opportunities Portfolio was transferred from a different asset
Section VII, line  45 USAA Strategic Fund Adviser was transferred from a different asset

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 6/7/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Rosanna M. Peterson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544